UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MADHURI TRIVEDI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:22-CV-11746-LEW |
| | ) | |
| GENERAL ELECTRIC COMPANY et al., | ) | |
| | ) | |
| Defendants | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On December 12, 2022, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Dismissal of Plaintiff's Complaint. The plaintiff filed an objection to the Recommended Decision on December 27, 2022. I have reviewed and considered the Recommended Decision, together with the entire record and plaintiff's objection; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Plaintiff's Complaint in its entirety is **DISMISSED WITH PREJUDICE**. Plaintiff's requests for transfer and other relief are, accordingly, **DENIED AS MOOT**.

**SO ORDERED.**

Dated this 5th day of January, 2023.

        /s/ Lance E. Walker
    UNITED STATES DISTRICT JUDGE