# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Madhuri Trivedi**

       Plaintiff

  V.

       CIVIL ACTION

       NO. 22-11746-LEW

**General Electric Company et al**

       Defendant

## ORDER OF DISMISSAL

Walker, D. J.

In accordance with the Court's Order Affirming Recommended Decision of the Magistrate Judge dated January 5, 2023 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

By the Court,

1/5/2023                                     /s/ Christina McDonagh
  Date                                           Deputy Clerk